IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**BENJAMIN FAULKNER,**

v.                                                                       Civil Action No. **3:22CV73**

**UNITED STATES OF AMERICA,**

**Defendant.**

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ordered that

Faulkner's Motion to Reconsider, (ECF No. 19), is DENIED.

Should Faulkner desire to appeal, a written notice of appeal must be filed with the Clerk of

the Court within sixty (60) days of the date of entry hereof.  Failure to file a timely notice of appeal

may result in the loss of the ability to appeal.

The Clerk of the Court is DIRECTED to send a copy of this Memorandum Opinion and

Order to Faulkner and counsel for the United States.

It is so ORDERED.

Date: 10 May 2023
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge